# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD J. ALLISON,<br><br>  Plaintiff,<br><br>v.<br><br>C.C.D.C. MEDICAL DEPT.,<br><br>  Defendant. | Case No. 2:22-cv-01064-APG-NJK<br><br>**ORDER** |

On July 6, 2022, Plaintiff filed documents to initiate this case, but did not pay the required filing fee or request authority, pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. Docket No. 1. On July 7, 2022, the Court ordered Plaintiff to either file an application to proceed *in forma pauperis* or pay the filing fee no later than August 8, 2022. Docket No. 2.

On July 12, 2022, the Court's order was returned to the Court as undeliverable at the address Plaintiff provided. Docket No. 5. "A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) (*per curiam*); *see also In re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991). To that end, the local rules require that litigants immediately file with the Court written notification of any change of address, and expressly warn that failure to do so may result in case-dispositive sanctions. *See* Local Rule IA 3-1.

Accordingly, Plaintiff is hereby **ORDERED** to file a notice of changed address no later than September 6, 2022. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL OF THIS CASE.**

IT IS SO ORDERED.

Dated: August 15, 2022

  Nancy J. Koppe
  United States Magistrate Judge

1