# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

RONALD J. ALLISON,

      Plaintiff,

v.

C.C.D.C. MEDICAL DEPT.,

      Defendant.

Case No.: 2:22-cv-01064-JAD-NJK

**REPORT AND RECOMMENDATION**

On August 15, 2022, the Court ordered Plaintiff to file a notice of change of address no later than September 6, 2022. Docket No. 6. The Court warned that "[f]ailure to comply with this order may result in dismissal of the case." *Id.* at 2. Notwithstanding that warning, Plaintiff did not comply. *See* Docket.

"A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also In re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991). "Failure to comply with this [requirement] may result in the dismissal of the action." Local Rule IA 3-1. Plaintiff has failed to comply with this requirement and his refusal has frustrated the Court's ability to communicate with him when necessary. *Carey*, 856 F.2d at 1141.

Moreover, Plaintiff's refusal to comply with the Court's order has interfered with the Court's ability to hear this case, delayed litigation, disrupted the Court's timely management of its docket, wasted judicial resources, and threatened the integrity of the Court's orders and the orderly administration of justice. Sanctions less drastic than dismissal are unavailable because Plaintiff has refused to comply with the order of this Court notwithstanding the warning that case-dispositive sanctions may be imposed.

Therefore, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

Dated: December 2, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

## **NOTICE**

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).